UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-80014-TP-Rosenberg

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRIAN MORRIS,

    Defendant.
_____/

FILED BY KJZ D.C.
Sep 10, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATIONS

### I. Background

The Defendant, BRIAN MORRIS, appeared before the Court on September 10, 2021, for a final hearing on the Petition for Warrant or Summons for Offender Under Supervision ("Petition") [DE 2]. At the hearing, Defendant and his counsel advised the Court that Defendant wished to waive his right to a contested revocation hearing and admit the supervised release violations pending against him. The Court therefore engaged in a careful colloquy with Defendant to ensure that his waiver and admissions were knowing and voluntary.

Defendant waived his right to be physically present in the Courtroom and consented to appear via Zoom video conference (VTC) for the hearing. The Court found that Defendant knowingly and voluntarily and with the advice of competent counsel waived his personal presence in the courtroom on September 10, 2021 and agreed to appear by Zoom VTC for the hearing.

Because the Court also found that the hearing could not be delayed without serious harm to the interests of justice, the hearing was conducted by Zoom VTC.

Defendant was originally convicted in the Southern District of Florida of Conspiracy in violation of 18 U.S.C. § 115. On September 28, 2012, the Honorable Robin L. Rosenberg, United States District Judge, sentenced Defendant to 168 months in prison followed by a five-year term of supervised release. Defendant's sentence was reduced to 96 months in prison under Rule 35. Judge Rosenberg also imposed special conditions of supervised release. Defendant's term of supervised release commenced on September 26, 2019.

On August 13, 2021, the Petition was submitted to the Court regarding Defendant's positive drug tests for cocaine. Defendant is charged with the following violations of supervised release:

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On, June 29, 2021 the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services Inc.

2. **Violation of Standard Condition**, by unlawfully possessing or using a controlled substance. On, July 27, 2021 the defendant submitted a urine specimen which tested positive for the presence of cocaine in our local laboratory; and subsequently was confirmed positive by Alere Toxicology Services Inc.

## II.   Summary of Hearing

At the September 10, 2021 hearing, upon questioning by the Court, Defendant stated that he was clear-headed and not under the influence of drugs, alcohol, or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violations alleged against him, his right to contest the allegations, his right to appear at the hearing

and present evidence, and his right to question adverse witnesses. After being advised of those rights, Defendant stated that he waived his right to a final revocation hearing.

Additionally, after being advised of his rights and the maximum penalties he is facing (three years in prison followed by a five-year term of supervised release minus any term of imprisonment imposed), Defendant admitted to the violations as alleged in the Petition. The Court finds that Defendant made his waiver and admissions knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's admissions to the violations in the Petition as well as its review of the record, the Court finds by a preponderance of the evidence that Defendant committed the violations as alleged in the Petition. [DE 2].

### III. Recommendation

For the foregoing reasons, it is respectfully recommended that the Honorable Robin L. Rosenberg, United States District Judge, find that Defendant has violated the terms and conditions of his supervised release as alleged in the Petition. [DE 2]. The Court recommends that Judge Rosenberg schedule a sentencing hearing on the allegations in the Petition. [DE 2].

### NOTICE OF RIGHT TO OBJECT

The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Robin L. Rosenberg. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474

U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1 (2016).

      **RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 10th day of September, 2021.

*[signature]*
_____
WILLIAM MATTHEWMAN
United States Magistrate Judge
